UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA<br>v.<br>PEDRAM MOHAMMADABADI,<br>      Defendant | Case No. 3:09-cr-00218<br>Judge HAYNES |
|---|---|

NOTICE OF INTENT TO CHANGE PLEA AND MOTION FOR EXTENSION OF
TIME TO ENTER PLEA

The defendant respectfully asks the court to extend by ten days or more the deadline for entering a plea in this case. He has reached an agreement with the government that will settle this case without a trial, but both sides need to iron out some of the logistics of the plea. The government supports this request.

               Respectfully submitted,

               /s/ Joseph F. Edwards

               Joseph F. Edwards
               Attorney for Defendant
               1957 Benson Road
               Cookeville, TN  38506
               931-537-9154
               jedwardsjd@frontiernet.net

Certificate of Service:  I certify that a copy of this motion will be server on all counsel of record upon the filing of this document via the Electronic Case Management System today, May 2, 2013.

               /s/ Joseph F. Edwards