UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | Case No. 3:09-cr-00218 |
| v. | Judge HAYNES |
| PEDRAM MOHAMMADABADI, Defendant | |

MOTION TO SET SENTENCING HEARING

The defendant requests that the court set a sentencing hearing in this case.

Respectfully submitted,

/s/ Joseph F. Edwards

Joseph F. Edwards
Attorney for Defendant
1957 Benson Road
Cookeville, TN 38506
931-537-9154
jedwardsjd@frontiernet.net

*[Handwritten order on right side:] ORDER Counsel for the parties have 10 days to submit an Agreed Order with a sentencing date and time. Will [signature] 2-14-14*

**Certificate of Service:** I certify that a copy of this motion will be served on all counsel of record upon the filing of this document via the Electronic Case Management System today, February 13, 2014.

/s/ Joseph F. Edwards